1

2

3

4

5

6                    UNITED STATES  DISTRICT COURT

7                      Northern District of California

8                        San Francisco Division

9

10   JENNIFER BATSON,                          No. C 12-2442 JSW
           Plaintiff,

11      v.                                     **ORDER RE: ATTENDANCE AT
     THE PRUDENTIAL INSURANCE                  MEDIATION**
12   COMPANY OF AMERICA,
           Defendant.                          Date:        October 16, 2012
13   _____/  Mediator:    Mark Humbert

14

15

16        IT IS HEREBY ORDERED that the request to excuse defendant The Prudential Insurance

17   Company of America's company representative from appearing in person at the October 16, 2012,

     mediation before Mark Humbert is DENIED.  The court finds that Prudential has not made adequate
18
     showing that requiring its representative to attend the session would cause him or her 'extraordinary
19
     or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d).  Accordingly, the request is
20
     DENIED, and the representative is ordered to appear in person.
21
          Given that Prudential's argument for excusing the representative is based on scheduling
22
     concerns, the court strongly encourages the parties to seek an extension of the mediation deadlines
23
     so that they may find another, more convenient date upon which to hold the mediation.
24
          IT IS SO ORDERED.
25

26

27   October 10, 2012          By:   _Elijah D. Laporte_____

     Dated                              Elizabeth D. Laporte
28                                       United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**