# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

JENNIFER BATSON,
    Plaintiff,

    v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
    Defendant.

No. C 12-2442 JSW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: October 16, 2012
Mediator: Mark Humbert

IT IS HEREBY ORDERED that the request to excuse defendant The Prudential Insurance Company of America's company representative from appearing in person at the October 16, 2012, mediation before Mark Humbert is DENIED. The court finds that Prudential has not made adequate showing that requiring its representative to attend the session would cause him or her 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED, and the representative is ordered to appear in person.

Given that Prudential's argument for excusing the representative is based on scheduling concerns, the court strongly encourages the parties to seek an extension of the mediation deadlines so that they may find another, more convenient date upon which to hold the mediation.

IT IS SO ORDERED.

October 10, 2012
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge