# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. CV12-2442 JSW<br><br>**ORDER EXTENDING THE ADR DEADLINE BY 30 DAYS** |

The Court, having reviewed the parties' Stipulation to Extend the ADR Deadline, finds that good cause exists to enter an order approving the Stipulation.

Accordingly,

IT IS HEREBY ORDERED that the deadline for the parties to complete mediation through the Court's mediation program is extended by 30 days from November 5, 2012 to December 5, 2012.

Dated: November 2, 2012

_____
Hon. Jeffrey S. White
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

127894.1

1

Case No. CV12-2442 JSW
ORDER EXTENDING THE ADR DEADLINE
BY 30 DAYS