# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BATSON, | Case No. CV12-2442 JSW |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Complaint Filed: May 14, 2012 |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV12-2442 JSW, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

IT IS SO ORDERED.

Dated: January 2, 2013

_____
Hon. Jeffrey S. White
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

128815.1

1

Case No. CV12-2442 JSW
ORDER RE STIPULATION FOR DISMISSAL
OF THE ENTIRE ACTION WITH PREJUDICE